JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6758
   FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. S2-CR-08-0730-WHA |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE |
| WILBERT CASTILLO<br>   a/k/a "Cypress," | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the May 5, 2009 hearing date for the defendant's severance motion and setting a new hearing date for the following day, May 6, 2009 at 2:00 pm. The parties agree and stipulate, and the Court finds and holds, as follows:

1. The defendant, Wilbert Castillo, filed a severance motion on March 30, 2009. The Court originally scheduled April 28, 2009 as the hearing date for this motion but, due to the unavailability of defense counsel, rescheduled the hearing until May 5, 2009 at 2:00 pm.

2. On or about May 1, 2009, counsel for the Government learned of an unexpected scheduling conflict with the May 5, 2009 hearing date. Accordingly, with the consent of Frank

1 Bell, Esq., counsel for the defendant, the Government has requested a one-day continuance of the
2 hearing until May 6, 2009 at 2:00 pm.
3     3. Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the
4 May 5, 2009 hearing date and (b) sets a new hearing date for the defendant's severance motion
5 for May 6, 2009 at 2:00 pm.

7 SO STIPULATED:

9 DATED: May 4, 2009      /s/
10      FRANK BELL, ESQ.
     Attorney for WILBERT CASTILLO

12 DATED: May 4, 2009      /s/
13      W.S. WILSON LEUNG
     Assistant United States Attorney

15 IT IS SO ORDERED.
16 DATED: May __4__, 2009
17      HON. WILLIAM H. ALSUP
     United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

-2-