1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Acting Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   WIL FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6  THERYN G. GIBBONS (NYBN 4612867)
   Trial Attorney, United States Department of Justice, Gang Unit
7
       450 Golden Gate Avenue, Box 36055
8      San Francisco, California 94102
       Telephone: (415) 436-6758/7301
9      Facsimile: (415) 436-6753
       E-Mail: wilson.leung@usdoj.gov
10
   Attorneys for the United States of America
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA        )   No. 08-CR-0730-WHA
                                    )
17                                  )
                                    )
18           v.                     )
                                    )   STIPULATION AND [PROPOSED]
                                    )   ORDER
19  IVAN CERNA,                     )
                                    )
20           Defendant.             )
                                    )
21  _____ )

22         IT IS HEREBY STIPULATED by the United States of America, by Melinda Haag,

23  United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, and Wilbert

24  Castillo, by his attorney, Frank Bell, Esq., that:

25         1    Sentencing for Castillo is scheduled for March 29, 2011;

26         2.   The Government has requested that sentencing for Castillo be continued for two

27  days, until March 31, 2011, at 12:00 pm;

28         3.   Mr. Bell has consented to the Government's request for a continuance.

1  SO STIPULATED.

2  DATED: March 25, 2011

3
4                                          /s/
                                        Frank Bell, Esq.
                                        Counsel for Wilbert Castillo
5

6  DATED: March 25, 2011

7                                          MELINDA L. HAAG
                                        United States Attorney
8

9                                By:       /s/
                                        W.S. Wilson Leung
10                                       Assistant United States Attorney

11

12     FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED that sentencing for

13  Wilbert Castillo is continued from March 29, 2011, until March 31 2011 at ~~12:00 pm.~~ 11:45 a.m.

14     SO ORDERED.

15

16

17  DATED: March  28 , 2011
                                        HON. WILLIAM ALSUP
18                                       United States District Judge

-2-